No. 551. GINSBURG v. GINSBURG ET AL., 364 U. S. 934. The motion to remand is denied. *Paul Ginsburg*, petitioner, *pro se*.

No. 746. OYLER v. ADAMS, WARDEN; and
No. 747. CRABTREE v. ADAMS, WARDEN. Certiorari, *ante*, p. 810, to the Supreme Court of Appeals of West Virginia. It is ordered that *David Ginsburg, Esquire*, of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioners in these cases.

No. 547, Misc. JORDAN v. UNITED STATES; and
No. 563, Misc. SPRINGFIELD v. UNITED STATES. Motions for leave to file petitions for writs of certiorari denied.

No. 569, Misc. HICKS v. WARDEN, MARYLAND PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 389. GRIFFITH LABORATORIES, INC., v. MINER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Charles J. Merriam* and *Norman M. Shapiro* for petitioner. *M. Hudson Rathburn* and *Richard D. Mason* for respondent.

No. 638. DALLAS GENERAL DRIVERS, WAREHOUSEMEN & HELPERS LOCAL UNION No. 745 v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *L. N. D. Wells, Jr., David Previant* and *Herbert S. Thatcher* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.